UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

February 22, 2017

Rebecca Ann Solarz
KML Law Group PC
701 Market Street, Suite 5000
Philadelphia, PA  19106

RE:  United States of America v. Doretha A. Russell a/k/a Doretha A. Small
CIVIL ACTION NO:    16-6466

Dear  Ms. Solarz:

A review of the Court's records shows that service of the complaint has not been made in the above-captioned action.

In order to eliminate a delay in bringing this case to trial, service must be made by March 6, 2017, in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.  Proof of service must be filed with the Clerk's Office within five days of service.  If service is not made within the time set forth above, the court will dismiss the complaint without prejudice for lack of prosecution.

Very truly yours,

s/carol d. james
Carol D. James
Deputy Clerk to Judge Paul S. Diamond

Civ. 22