### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
|     Plaintiff, : | |
| : | |
|     v. : | Civ. No. 16-6466 |
| : | |
| **DOROTHEA A. RUSSELL a/k/a** : | |
| **DOROTHEA A. SMALL,** : | |
|     Defendant. : | |
| : | |

## O R D E R

**AND NOW**, this 3rd day of March, 2017, upon consideration of Plaintiff's Motion to Extend Time to Make Service (Doc. No. 4), it is hereby **ORDERED** that the Motion (Doc. No. 4) is **GRANTED**. Plaintiff shall **SERVE PERSONALLY** the Summons and Complaint upon Defendant **no later than** April 5, 2017.

                                                 **AND IT IS SO ORDERED.**

                                                 */s/ Paul S. Diamond*
                                                 _____
                                                 Paul S. Diamond, J.