IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
|     Plaintiff, | : | |
| | : | |
|     v. | : | Civ. No. 16-6466 |
| | : | |
| DOROTHEA A. RUSSELL a/k/a | : | |
| DOROTHEA A. SMALL, | : | |
|     Defendant. | : | |

## O R D E R

On March 3, 2017, Plaintiff requested an extension of time to effect service. (Doc. No. 4.) The same day, I granted Plaintiff an extension until April 5, 2017. (Doc. No. 5.) Now, just four days later, Plaintiff asks me to permit alternate service. (Doc. No. 6.) This is the **fourth** facially insufficient Motion for alternate service that Plaintiff has filed before me since December. (See United States v. Ishmael, No. 16-5376, Doc. Nos. 2 (Dec. 29, 2016), 5 (Mar. 7, 2017); United States v. Christopher, No. 16-5818, Doc. No. 3 (Feb. 2, 2017).) Once again, I will deny Plaintiff's Motion. (See, e.g., Ishmael, Doc. No. 3 (Jan. 5, 2017) ("Plaintiff's counsel avers that Defendant's 'whereabouts are unknown.'. . . Plaintiff thus cannot show that publication and mail to Defendant's last known address is reasonably calculated to provide Defendant with notice.").)

**AND NOW**, this 7th day of March, 2017, upon consideration of Plaintiff's Motion for Service by Posting Property [sic] and Certified Mail (Doc. No. 6), it is hereby **ORDERED** that the Motion (Doc. No. 6) is **DENIED**.

**FILING ANOTHER FACIALLY INSUFFICENT MOTION FOR ALTERNATE SERVICE MAY RESULT IN THE IMPOSITION OF SANCTIONS UPON PLAINTIFF'S COUNSEL.**

                                                  AND IT IS SO ORDERED.

                                                  */s/ Paul S. Diamond*

                                                  _____
                                                  Paul S. Diamond, J.