UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　Plaintiff<br>　v.<br>DORETHA A. RUSSELL a/k/a DORETHA A. SMALL<br>　　　　　　Defendant | Civil Action No: 16-06466 |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF COURT:

　　Kindly dismiss the above entitled action pursuant to F.R.C.P. 41(a)(1)(A).

　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　KML Law Group, P.C.

　　　　　　　　　　　By: _____
　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　Pennsylvania Attorney I.D. No. 315936
　　　　　　　　　　　Suite 5000 – BNY Independence Center
　　　　　　　　　　　701 Market Street
　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　(215) 825-6327